## UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA

**UNITED STATES OF AMERICA,**

        Plaintiff,

    v.

**JOSHUA C. McCLELLAND,**

        Defendant.

Case No.  CR07-5042 RBL

**SUPPLEMENTAL ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION BY UNITED STATES PRETRIAL SERVICES**

**THIS MATTER** comes on for hearing on the Petition of the United States Pretrial Services Office Office alleging that the defendant has violated the conditions of the Appearance Bond supervision as set forth in the Petitions filed by U.S. Pretrial Services

The plaintiff appears through Special Assistant United States Attorney,   TATE LONDON;
The defendant appears personally and represented by counsel,   RUSSELL LEONARD;

The defendant has been advised of the allegation(s)and that he/she could be detained pending resolution of the underlying charges in the Complaint/Indictment/ or Information if found to be in violation; maximum potential sanction if substantiated; and

The court finding probable cause with regard to the allegation(s); the matter; the court having earlier scheduled this date for hearing on violations 1 and 2, and the defendant asking that the evidentiaary hearing be continued due to the filing of supplemental allegations; now therefore, the court continues and reschedules the evidentiary hearing on the following time and date before the Honorable J. K. ARNOLD

        Date:        JUNE 20, 2007

        Time:        2:00 P.M.

Defendant is ordered detained for failing to show that he/she will not flee or pose a danger to any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), and because the court has grave concerns regarding the defendant's ability to be in compliance with the conditions of his bond based on the history of alleged bond violations and the nature of the offense charged.  The defendant shall be detained until ordered by the court to appear for further proceedings.

The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

        May 22, 2007.

        */s/ J. Kelley Arnold*_____
        **J. Kelley Arnold, U.S. Magistrate Judge**

ORDER
Page - 1